**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 26-cv-00163-CYC

ARISTILDE SEVENET,

      Petitioner,

v.

GEORGE VALDEZ, Acting Field Office Director of Enforcement and Removal Operations, Denver Field Office, U.S. Immigration and Customs Enforcement;
MARKWAYNE MULLIN, Department of Homeland Security, in his official capacity;
U.S. DEPARTMENT OF HOMELAND SECURITY;
TODD BLANCHE, Acting U.S. Attorney General, in his official capacity;
EXECUTIVE OFFICE FOR IMMIGRATION REVIEW; and
JUAN BALTASAR, Warden of the Denver Contract Detention Facility, Aurora, Colorado, in his official capacity,

      Respondents.

---

## JUDGMENT

---

In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Judgment is hereby entered.

Pursuant to the Order (ECF No. 13) by Magistrate Judge Cyrus Y. Chung entered on June 25, 2026, it is

ORDERED that the Petition, ECF No. 1, is GRANTED in part and DENIED without prejudice in part.

It is FURTHER ORDERED that this case is closed.

Dated this 8th day of July, 2026.

FOR THE COURT:
JEFFREY P. COLWELL

By: _____
S. Price Deputy Clerk